

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____         │
│ DATE FILED:  07/16/2020     │
└─────────────────────────────┘
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Odalys Rojas*, 20 Cr. 182 (VEC)

Dear Judge Caproni:

The Government writes to respectfully request that the Court schedule a change-of-plea hearing for defendant Odalys Rojas in the above-captioned case. The parties have conferred and are available at the Court's convenience the following dates/times:

| | |
|---|---|
| Monday, July 20, 2020: | 9:30 a.m. – 4:00 p.m. |
| Tuesday, July 21, 2020: | 9:30 a.m. – 2:00 p.m. |
| Wednesday, July 22, 2020: | 9:30 a.m. – 2:00 p.m. |
| Thursday, July 23, 2020: | 9:30 a.m. – 5:00 p.m. |

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

---

An in-person, change-of-plea hearing is hereby scheduled for **July 23, 2020, at 2:00 P.M.** The Government is requested to email the proposed plea agreement and any superseding charging instrument to chambers, by **July 17, 2020**.

Any interested members of the public may listen to the audio of the proceeding by dialing 1-888-363-4749, using the access code 3121171 and the security code 0182.

SO ORDERED.   Date: 07/16/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE