```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA        :

                                                :      20-CR-182 (VEC)
       -against-                      :

                                                :      <u>ORDER</u>
   ODALYS ROJAS,                      :

                                Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS an in-person, change-of-plea hearing is currently scheduled for July 23, 2020, at 2:00 P.M.;

       IT IS HEREBY ORDERED THAT the proceeding is converted to a video conference, to occur via Skype. Counsel and Mr. Rojas will receive the link to the video conference via email to counsel. All interested members of the public may join the audio-only line by dialing 1-917-933-2166, Conference ID: 596107092. All attendees are reminded to mute their phones when not speaking and to identify themselves each time they speak, so that the court reporter can create an accurate record.

**SO ORDERED.**

**Dated: July 21, 2020**
      **New York, NY**

                                                                   **VALERIE CAPRONI**
                                                            **United States District Judge**